# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Contrack Watts, Inc., f/k/a ) | ASBCA No. 60175 |
|   Contrack International, Inc. ) | |
| ) | |
| Under Contract No. W5J9LE-11-C-0049 ) | |

APPEARANCES FOR THE APPELLANT:      Sara Beiro Farabow, Esq.
Anthony J. LaPlaca, Esq.
  Seyfarth Shaw LLP
  Washington, DC

APPEARANCES FOR THE GOVERNMENT:     Thomas H. Gourlay, Jr., Esq.
  Engineer Chief Trial Attorney
Pietro O. Mistretta, Esq.
Nancy L. Pell, Esq.,
  Engineer Trial Attorneys
  U.S. Army Engineer District, Middle East
  Winchester, VA

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: 25 March 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60175, Appeal of Contrack Watts, Inc., f/k/a Contrack International, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals